UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHRISTINE MCLEAN,<br><br>        Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY<br>OF BOSTON, etc., *et al*.,<br><br>        Defendant. | 2:10-cv-995-LDG-RJJ<br><br>**ORDER** |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on March 3, 2011.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this  20th  day of December, 2010.

                                              _____<br>                                              ROBERT J. JOHNSTON<br>                                              United States Magistrate Judge