DOMINICA C. ANDERSON (SBN 2988)
RYAN LOOSVELT (SBN 8550)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV  89106
Telephone: 702.868.2600
Facsimile:  702.385.6862
E-Mail:  dcanderson@duanemorris.com
         rloosvelt@duanemorris.com

Attorneys for Defendant/Counterclaimant
LIBERTY LIFE ASSURANCE COMPANY OF
BOSTON

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINE MCLEAN,<br><br>                    Plaintiff,<br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, a Massachusetts corporation; DOES I through V inclusive; and ROES I through V, inclusive,<br><br>                    Defendants. | Case No. 2:10-CV-00995-LDG-RJJ<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, a Massachusetts corporation,<br><br>                    Counterclaimant,<br>v.<br><br>CHRISTINE MCLEAN,<br><br>                    Counterdefendant. | |

        Plaintiff/Counterdefendant CHRISTINE MCLEAN ("McLean") and Defendant/Counter-

claimant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON hereby stipulate to a dismissal

of this action in its entirety, *with prejudice*, each party to bear its own attorneys' fees and costs other

than as set forth in the Release between the parties.

///

///

///

DATED: April 18, 2011          LAW OFFICE OF JULIE A. MERSCH


                               By:   _/s/ Julie A. Mersch_____
                                     Julie A. Mersch (SBN 4695)

                               Attorneys for Plaintiff/Counterdefendant


DATED: April 18, 2011          DUANE MORRIS LLP


                               By:   _/s/ Ryan A. Loosvelt_____
                                     Dominica C. Anderson (SBN 2988)
                                     Ryan A. Loosvelt (SBN 8550)

                               Attorneys for Defendant/Counterclaimant


## ORDER

        IT IS SO ORDERED that this case shall hereby be dismissed in its entirety *with prejudice*, each party to bear its own attorney's fees and costs other than as set forth in the Release between the parties.

        Dated this 18 day of April, 2011.

                                     _____
                                         DISTRICT COURT JUDGE

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
C:\Documents and Settings\jldailey\Desktop\Stipulation and Order of Dismissal With Prejudice.doc